894

No. 75–177. GARCIA ET AL. v. DISTRICT OF COLUMBIA. Ct. App. D. C. Certiorari denied.

No. 75–179. BRAKE v. MFA MUTUAL INSURANCE CO. Ct. App. Mo., St. Louis Dist. Certiorari denied.

No. 75–196. HAMMOCK v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 75–198. WALKER v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 75–199. RESSLER v. STATES MARINE LINES, INC. C. A. 2d Cir. Certiorari denied.

No. 75–206. BETTER MONKEY GRIP CO. ET AL. v. NATIONAL CAR RENTAL SYSTEM, INC. C. A. 5th Cir. Certiorari denied.

No. 75–231. NATIONAL ALFALFA DEHYDRATING & MILLING CO. v. AMERICAN POLLUTION PREVENTION CO., INC. Sup. Ct. Minn. Certiorari denied.

No. 75–232. PACIFIC FIDELITY LIFE INSURANCE CO. ET AL. v. DEVOTO ET AL. C. A. 9th Cir. Certiorari denied.

No. 75–233. DECHIARO ET AL. v. NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 75–249. LOCAL UNION 77, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS v. CITY ELECTRIC, INC., ET AL. C. A. 9th Cir. Certiorari denied.